**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: ) | |
| ) | Case No.    09-51245 |
| NATCO, INC. ) | Chapter 11 |
| Debtor ) | |

| | |
|---|---|
| NATCO, INC. ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 09-5047 |
| HONORABLE DOROTHY M. LUNDIN, ) | |
| CLERK OF THE 25TH JUDICIAL ) | |
| DISTRICT COURT FOR THE PARISH ) | |
| OF PLAQUEMINES; ENVIRONMENTAL ) | |
| OPERATORS, L.L.C.; TRAVELERS ) | |
| CASUALTY & SURETY COMPANY OF ) | |
| AMERICA; PLAQUEMINES PARISH ) | |
| GOVERNMENT ) | |
| Defendants | |

**MEMORANDUM IN SUPPORT OF**
**FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

Comes now Defendant, ENVIRONMENTAL OPERATORS, L.L.C., ("E.O.") through undersigned counsel, without waiving any defenses or objections, hereby move *ex parte*, for a thirty day extension of time up to and including September 28, 2009, within which to answer or otherwise respond to the plaintiff's Complaint.

An extension is necessary, as undersigned counsel is new to the case and needs an opportunity to obtain and review all documents and resolve administrative matters related to the representation of E.O. Undersigned counsel forwarded an engagement letter to E.O. on Thursday, August 27, 2009 and expects to be formally retained in the next three days. Also, undersigned counsel has just requested a password from the Clerk of Court for filing pleadings

into this matter. Furthermore, undersigned counsel will contemporaneously seek admission before this court on a *pro hac vice* basis.

Undersigned counsel hereby certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Complaint filed in this action and that the plaintiff has not filed in the record an objection to an extension of time.

**WHEREFORE,** Defendant respectfully moves this Court on an *ex parte* basis for an extension of time up to and including September 28, 2009, within which to answer or otherwise file responsive pleadings to the Complaint in this action.

                                                Respectfully submitted,

                                                */S/Richard W. Martinez*

                                                _____
                                                **RICHARD W. MARTINEZ, 17040**
                                                **RICHARD W. MARTINEZ, APLC**
                                                228 St. Charles Ave., Suite 1310
                                                New Orleans, LA 70130
                                                Telephone: (504)525-3343
                                                Facsimile: (504)525-6701
                                                Email: richard@rwmaplc.com
                                                Attorney for Environmental Operators, L.L.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing *Memorandum in Support of First ExParte Motion for Extension of Time to File Responsive Pleadings* has been served on all parties on the attached service list by U.S. First Class Mail, this 28th day of August, 2009.

                                                */S/Richard W. Martinez*
                                                **RICHARD W. MARTINEZ**

**SERVICE LIST**

NATCO, Inc.
Fred M. Leonard
27 Sixth Street
Bristol, TN 37620

25th Judicial District Court
Parish of Plaquemines
Hon. Dorothy M. Lundin
PO Box 40
Belle Chasse, LA 70037-0040

Travelers Casualty and Surety Company of America
Andrew G. Vicknair
650 Poydras Street, Suite 2600
New Orleans, LA 70130

Travelers Casualty and Surety Company of America
Jeffrey S. Price
Manier & Herod
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219

Plaquemines Parish Government
Michael L. Mullins
8056 Hwy. 23, Suite 300
Belle Chasse, LA 70037